UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

CAROL DYE, et al.,

       Plaintiffs,

-v-                                       No. 08 Civ. 4798 (LTS)(FM)

1540 BROADWAY OWNER, et al.,

       Defendants.

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2008

## ORDER

       WHEREAS, this action was commenced by the filing of a Complaint on May 22, 2008; and

       WHEREAS, the Court has reviewed such Complaint to ascertain the basis for assertion of subject matter jurisdiction in this court; and

       WHEREAS, such Complaint asserts that the Court has jurisdiction based on diversity of citizenship (28 U.S.C. § 1332), but diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) requires a demonstration that the action is between citizens of different states and, with respect to Plaintiffs, the Complaint alleges merely that one unspecific plaintiff is a citizen of Florida.  Additionally, with respect to Defendants, where one party is a limited liability company (LLC), a partnership, or a limited partnership (LP), the LLC's, partnership's and LP's citizenship is the same as that of each member, Strother v. Harte, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001), and the Complaint fails to allege the citizenship of members of the limited liability companies, the partnerships, and the limited partnerships to the extent that Defendants are alleged to be operating under such business forms; and

       WHEREAS, "'subject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power,'" E.R. Squibb & Sons v. Accident & Cas. Ins. Co., 160 F.3d 925, 929 (2d Cir.

DIV.JUR.WPD     VERSION 3/13/06

1998) (citation omitted), and Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action;" it is hereby

    ORDERED, that plaintiff shall, no later than , file and serve a Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject matter jurisdiction in this Court or otherwise show cause in writing as to why this case should not be dismissed for lack of subject matter jurisdiction.

Dated: New York, New York
       June 4, 2008

                                             LAURA TAYLOR SWAIN
                                             United States District Judge