UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CAROL DYE AND THOMAS DYE,

                          Plaintiffs,

-against-

1540 BROADWAY OWNER, LLC and
MACKLOWE MANAGEMENT CO., INC.,,

                          Defendants.
---------------------------------------------------------X

Index No.
'08 CIV 4798

L.T.S

STIPULATION
DISCONTINUING
ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, NY
       September 4, 2008

_____
Zurich Insurance Company
P.O. Box ZZ
Jamaica, New York 11430
On behalf of Defendant(s)
1540 BROADWAY OWNER, LLC and
MACKLOWE MANAGEMENT CO., INC.,,

_____
MELVYN S. JACKNOWITZ, ESQ.
Attorney for Plaintiff(s)
19 Fulton Street, Suite 302
New York NY 10038
212 267-3170